## ROTHWELL v. THOMAS McDOWELL.

Supreme Court.   March, 1814.

*Clayton's Notebook, 181.*

PER CURIAM. Defendant, by releasing James McDowell, rendered himself responsible to Rothwell for one half of the debt and interest. The insolvency of James McDowell is altogether immaterial.

Verdict *pro querentem.* $186.20.

*Clayton pro querentem. Hall contra.*